## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 15-cv-01159-REB

CYNTHIA JEAN CURRAN,
    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**Blackburn, J.**

The matter before me is plaintiff's **EAJA Motion for Award of Attorney's Fees**[1] [#23],[2] filed November 19, 2015.  By her response [#24], filed November 25, 2015, the Commissioner indicates that she has no objection to the amount of fees and expenses requested.  I therefore grant the motion and award that amount of fees payable to plaintiff.  *See Manning v. Astrue*, 510 F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **EAJA Motion for Award of Attorney's Fees** [#23], filed November 19, 2015, is granted; and

---

[1] Improperly designated on the docket as "Social Security Administrative Record."

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2. That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees of $4,025.15.

Dated December 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge